E-FILED: 06/15/12

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHN RIVERA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) vs. | CV 11-9809-PSG (JCGx) |
| TRANS UNION, LLC et al | **DISMISSAL BY THE COURT FOR FAILURE TO PROSECUTE** |
| DEFENDANT(S). | |

On April 5, 2012, the Court issued an Order to Show Cause Re Dismissal. A stipulation for dismissal or a written response to this Order to Show Cause was ordered to be filed no later than April 19, 2012.

To date, no dismissal or written response has been filed with the Court. Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED: ___06/15/12_____

Philip S. Gutierrez

U.S. District Judge